UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 05 B 11585
     ELVIA FABELA
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
  SSN XXX-XX-3225
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

The case was filed on 03/29/2005 and was confirmed 06/30/2005.

The plan was confirmed to pay secured creditors 100% and unsecured creditors 10.00%.

The case was paid in full 10/09/2008.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CHASE MANHATTAN MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE MANHATTAN MORTGAGE | MORTGAGE ARRE | 1802.58 | .00 | 1802.58 |
| CHASE HOME FINANCE LLC | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE LLC | MORTGAGE ARRE | 8087.77 | .00 | 8087.77 |
| FIRST MIDWEST BANK | SECURED | 14275.50 | 3855.50 | 14275.50 |
| ROBERT J SEMRAD & ASSOC | REIMBURSEMENT | 205.20 | .00 | 205.20 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,650.00 | | 2,650.00 |
| TOM VAUGHN | TRUSTEE | | | 2,085.02 |
| DEBTOR REFUND | REFUND | | | 439.97 |

Summary of Receipts and Disbursements:

|  | RECEIPTS | DISBURSEMENTS |
|---|---:|---:|
| TRUSTEE | 33,401.54 | |
| PRIORITY | | 205.20 |
| SECURED | | 24,165.85 |
|     INTEREST | | 3,855.50 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 2,650.00 |
| TRUSTEE COMPENSATION | | 2,085.02 |
| DEBTOR REFUND | | 439.97 |
| TOTALS | 33,401.54 | 33,401.54 |

PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 11585 ELVIA FABELA

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 01/28/09                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                                              PAGE   2
        CASE NO. 05 B 11585 ELVIA FABELA